IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00061-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TIMOTHY W. WOODWORTH,

      Defendant.

---

## ORDER

---

This matter comes before the Court on the Government's Motion to Dismiss the Indictment [Docket No. 25], whereby the United States moves to dismiss the indictment in this case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Wherefore, it is

ORDERED that the Government's Motion to Dismiss the Indictment [Docket No. 25] is granted.  It is further

ORDERED that the Indictment in this case is dismissed.

DATED August _26_, 2011.

                          BY THE COURT:

                          PHILIP A. BRIMMER
                          United States District Judge